**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MIGUEL SILVESTRE-SILVESTRE,     :
                                        :

           Petitioner,                :

                                        :

     v.                        :   No. 4:17-CV-2050

                                        :

WARDEN CLAIR DOLL,          :   (Judge Brann)

                                        :

           Respondent.       :

## ORDER

**AND NOW**, this 5th day of March 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.     Petitioner's habeas corpus action is **DISMISSED AS MOOT**.

2.     The Clerk of Court is directed to **CLOSE** this case.

3.     Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge